

FILED
MAY 2 0 2009

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

STEVEN PATRICK SAWYER,

                Petitioner,

    v.

DON MILLS,

                Respondent.

Civ. No. 08-1022-AC

**ORDER DISMISSING HABEAS CORPUS PETITION**

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this /9th day of May, 2009.

                THE HONORABLE JOHN V. ACOSTA
                U.S. Magistrate Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION        O:\Client\Hester\Sawyer\Pleadings\Dismiss-Order.wpd